# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

**JUL 10 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>PAIN FREE DIAGNOSTICS, INC.,<br>a California Corporation, dba Pain Free<br>Management<br>_____<br>*Defendant* | )<br>)<br>) Case No.<br>)<br>) *15CR179*<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __6/28/18__

_____ *, counsel*
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICHARD MOSS, Esq; and DANIEL A. BACON, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Lawrence J. O'Neill. United States District Judge
*Judge's printed name and title*

## <u>United States v. Pain Free Diagnostics, Inc., a California Corporation, dba Pain Free Management</u>
### <u>Penalties for Superseding Information</u>

**<u>COUNT 1:</u>**    PAIN FREE DIAGNOSTICS, INC.,
          a California Corporation, dba Pain Free Management

VIOLATION:   18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud

PENALTIES:   Fine of up to $250,000
         Probation of up to 5 years

SPECIAL ASSESSMENT: $400

RESTITUTION

# COMBINED MEETING
## SHAREHOLDERS AND BOARD OF DIRECTORS
## PAIN FREE DIAGNOSTIC

A combined meeting of Shareholders and Directors of PAIN FREE DIAGNOSTIC was held by telephone within the County of Los Angeles, State of California, on June 27, 2018, at 4:00 p.m.

The following Directors were present at the meeting:

BAHAR GHARIB

being a quorum of the Directors of the Corporation.

The following Shareholders were present in person or by proxy at the meeting:

BAHAR D. GHARIB TRUST by BAHAR GHARIB, Trustee

being a quorum of the Shareholders of the Corporation.

ALSO PRESENT:    RICHARD A. MOSS, ATTORNEY

BAHAR GHARIB, President of the Corporation, acted as Chairman of the meeting, and BAHAR GHARIB Secretary of the Corporation, acted as Secretary of the meeting.

The Secretary presented notice or waiver of notice of the meeting, signed by all interested parties.

The meeting, having been duly convened, was ready to proceed with its business. On motion duly made, seconded and carried, the following resolutions were adopted:

RESOLVED, that the corporation shall (1) enter a plea of guilty to one count of conspiracy to commit health care fraud in violation of 18 U.S.C. section 1349 in the matter of *United States v. Bahar Gharib-Danesh*, United States District Court for the Central District of California Case No. 1:15-cr-00179-LJO-SKO; (2) pay restitution in the amount of $1.2 Million as per the terms of a written Plea Agreement; and (3) waive indictment. The corporation's attorney, RICHARD A. MOSS, is hereby authorized to execute the Plea Agreement and Waiver of Indictment (attached hereto as Exhibit "A") on behalf of the corporation.

There being no further business, upon motion, the meeting was adjourned.

The undersigned hereby certifies that she is the duly elected and qualified Secretary and the custodian of the books and records and seal of PAIN FREE DIAGNOSTIC, a corporation duly formed pursuant to the laws of the State of California, and that the foregoing is a true record of a resolution duly adopted at a meeting of the Board of Directors, and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on June 27, 2018, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this _28_ day of _June_ 2018.

A True Record.

Attest.

Bahar Gharib, as director and as trustee
of the Bahar D. Gharib Trust

2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

On **06/28/2018** ____ before me, **Andrea Chavez** ____, Notary Public,
*Date* _____ *Here Insert Name and Title of the Officer*

personally appeared ____ *BAHAR GHARIB* ____
_____ *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

ANDREA CHAVEZ
Commission # 2073933
Notary Public - California
Los Angeles County
My Comm. Expires Aug 5, 2018

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____
*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

---- **OPTIONAL** ----

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *MINUTES*

Document Date: *6/28/18* ____ Number of Pages: *2*

Signer(s) Other Than Named Above: ____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ____
☐ Corporate Officer – Title(s): ____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: ____
Signer is Representing: ____

Signer's Name: ____
☐ Corporate Officer – Title(s): ____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: ____
Signer is Representing: ____

©2017 National Notary Association

# WAIVER OF NOTICE
## COMBINED MEETING
## SHAREHOLDERS AND BOARD OF DIRECTORS
## PAIN FREE DIAGNOSTIC

---

I, the undersigned, the holder of 100% of the shares of stock and the sole director of PAIN FREE DIAGNOSTIC do hereby waive notice of the combined meeting of shareholders and board of directors of the said corporation.

Furthermore, the undersigned hereby agrees that said meeting shall be held at 4:00 p.m., on June 27, 2018, by telephone in the County of Los Angeles, State of California, with Richard A. Moss, attorney, also present.

Dated: June 27, 2018

Bahar Gharib, as director and as trustee
of the Bahar D. Gharib Trust

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }
County of __Los Angeles_____

On __06/28/2018_____ before me, __Andrea Chavez_____, Notary Public,
        *Date*                            *Here Insert Name and Title of the Officer*

personally appeared __*BAHAR GHARIB*_____
                                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

```
ANDREA CHAVEZ
Commission # 2073933
Notary Public · California
Los Angeles County
My Comm. Expires Aug 5, 2018
```

*Place Notary Seal and/or Stamp Above*

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                      *Signature of Notary Public*

——————— OPTIONAL ———————
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __*WAIVER OF NOTICE*_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association