MCGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
KURT A. DIDIER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BAHAR GHARIB-DANESH, ET AL.,<br>　　　　Defendants. | Case No.: 1:15-CR-00179-LJO-SKO<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S REGISTRY; AND ORDER THEREON**<br><br>[No Hearing Requested] |

　　　　Plaintiff United States of America and defendant Pain Free Diagnostics, Inc., a California Corporation, dba Pain Free Management (Pain Free Management), through their authorized representatives (the Movants), hereby move for an order authorizing Pain Free Management to deposit $1,200,000.00 into the court's registry pending the outcome of this criminal prosecution.

　　　　This Motion is based on the following grounds:

　　　　1.　　On July 6, 2018, the United States filed a Superseding Information charging Pain Free Management with one count of conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349. On July 10, 2018, Pain Free Management filed a fully executed written waiver of prosecution by indictment.

　　　　2.　　The Movants have a negotiated resolution of the case as memorialized by their signed

plea agreement dated July 6, 2018 (the Plea Agreement). Pursuant to the Plea Agreement, the Movants agree that Pain Free Management owes its victims $1,200,000 in restitution. Further, Pain Free Management agrees to deposit $1,200,000.00 into the Court's Registry as stated below.

The Movants thus agree that:

1. Pain Free Management shall, prior to its scheduled appearance for sentencing, pay to the Clerk, United States District Court, $1,200,000.00 via cashier's check or money order (the Deposit).

2. Pain Free Management shall make the check payable to the Clerk of Court, state its name and case number on the check and mail or deliver the payment to the Clerk's office at 501 I Street, Suite 4-200, Sacramento, CA 95814. Pain Free Management shall include a self-addressed stamped envelope with its payment if it wants a payment receipt.

3. The Deposit shall remain in the court's registry pending Pain Free Management's sentencing in this case, or upon further order of the Court.

4. The Deposit shall, upon sentencing, be applied towards the restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

FOR THE UNITED STATES:  MCGREGOR W. SCOTT
United States Attorney
Dated: September 11, 2018

By:   */s/ Mark J. McKeon*
MARK J. MCKEON
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT PAIN FREE MANAGEMENT:

Dated: September 11, 2018                    */s/ Richard Alan Moss*
                                            RICHARD ALAN MOSS,
                                            On behalf of PAIN FREE DIAGNOSTICS, INC.,
                                            a California Corporation, dba Pain Free Management

APPROVED AS TO FORM AND CONTENT:

Dated: September 11, 2018

                                            */s/ Richard Moss*
                                            RICHARD MOSS, ESQ.
                                            Attorney for Defendant Pain Free Management

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Registry, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Pain Free Management shall PAY, prior to its scheduled appearance for sentencing, $1,200,000.00 to the Clerk, United States District Court, via a cashier's check or money order.

2. The Clerk shall promptly DEPOSIT the $1,200,000.00 into the court's registry.

3. The deposited funds shall not be disbursed until further order of this Court.

IT IS SO ORDERED.

Dated: _____, 2018          _____
                                          HONORABLE LAWRENCE J. O'NEILL
                                          United States District Judge