MCGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
KURT A. DIDIER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BAHAR GHARIB-DANESH, ET AL.,<br>　　　　Defendants. | Case No.: 1:15-CR-00179-LJO-SKO<br><br>**AMENDED JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

Plaintiff United States of America and defendant Pain Free Diagnostics, Inc., a California Corporation, dba Pain Free Management (Pain Free Management), through their authorized representatives (the Movants), hereby move for an order authorizing Pain Free Management to deposit $1,200,000.00 into the court's deposit fund pending the outcome of this criminal prosecution. The parties previously moved and obtained an order for the deposit of these funds into the court's registry (ECF No. 90); however, the parties should have requested the deposit of these monies into the court's deposit fund and accordingly, have filed this amended motion.

This Motion is based on the following grounds:

1.　On July 6, 2018, the United States filed a Superseding Information charging Pain Free Management with one count of conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349.

On July 10, 2018, Pain Free Management filed a fully executed written waiver of prosecution by indictment.

2. The Movants have a negotiated resolution of the case as memorialized by their signed plea agreement dated July 6, 2018 (the Plea Agreement). Pursuant to the Plea Agreement, the Movants agree that Pain Free Management owes its victims $1,200,000 in restitution. Pain Free Management paid the $1,200,000.00 to the clerk of court on September 27, 2018 (Receipt No. CAE100040366).

The Movants thus agree that:

1. The $1,200,000.00 payment (the Deposit) shall remain in the court's deposit fund pending Pain Free Management's sentencing in this case, or upon further order of the Court.

2. The Deposit shall, upon sentencing, be applied towards the restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

FOR THE UNITED STATES:        MCGREGOR W. SCOTT
                              United States Attorney

Dated: September 27, 2018

                         By:  */s/ Mark J. McKeon*
                              MARK J. MCKEON
                              KURT A. DIDIER
                              Assistant United States Attorneys

FOR DEFENDANT PAIN FREE MANAGEMENT:

Dated: September 28, 2018     */s/ Richard Alan Moss*
                              RICHARD ALAN MOSS,
                              On behalf of PAIN FREE DIAGNOSTICS, INC.,
                              a California Corporation, dba Pain Free Management

APPROVED AS TO FORM AND CONTENT:

Dated: September 28, 2018
                              */s/ Richard Moss*
                              RICHARD MOSS, ESQ.
                              Attorney for Defendant Pain Free Management

**O R D E R**

The Court, having reviewed the court files and the Movants' Amended Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion.  Accordingly, IT IS ORDERED that:

1. The Clerk shall promptly DEPOSIT Defendant Pain Free Management's $1,200,000.00 payment into the court's deposit fund.

2. The deposited funds shall not be disbursed until further order of this Court.

IT IS SO ORDERED.


Dated: _____, 2018            _____
                                          HONORABLE LAWRENCE J. O'NEILL
                                          United States District Judge