# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **1:15CR00179-004** |
| **PAIN FREE DIAGNOSTICS, INC.** | Defendant's Attorney: Richard Alan Moss, Retained |

**THE DEFENDANT ORGANIZATION:**

[✓] pleaded guilty to count(s)  1  of the Superseding Information.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1349 | CONSPIRACY TO COMMIT HEALTH CARE FRAUD (Class D Felony) | August 2005 - November 2012 | 1 |

The defendant organization is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

**10/1/2018**
Date of Imposition of Judgment

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**Lawrence J. O'Neill**, United States District Judge
Name & Title of Judicial Officer

10/12/2018
Date

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
<u>12 months</u>.

## MANDATORY CONDITIONS

The defendant organization shall not commit another federal, state or local crime.

[ ] The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

[ ] You must cooperate in the collection of DNA as directed by the probation officer.

[ ] You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

[ ] You must participate in an approved program for domestic violence.

[✓] You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1. within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2. The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3. the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4. the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5. the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceedings against the organization;
6. the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7. the defendant organization shall not waste, nor without permission of the probation officer, see, assign, or transfer its assets.

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Probation

DEFENDANT: **PAIN FREE DIAGNOSTICS, INC.**
CASE NUMBER: **1:15CR00179-004**

Page 3 of 7

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall submit to the search of the organization property and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of the organization's assets until the fine and/or restitution ordered by this Judgment is paid in full, unless the defendant obtains approval of the Court or the probation officer.

3. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to any unpaid restitution ordered by this Judgment.

4. The defendant shall provide the probation officer with access to any requested financial information.

5. The defendant shall not open additional lines of credit without the approval of the probation officer.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $400.00 | $0.00 | $1,200,000.00 |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓] The Court orders the defendant to pay restitution to the victim(s) as outlined in the Restitution Attachment on Sheet 5B.

In addition, the Court gives notice that this case involves other defendants, or may involve other defendants, who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. Such future orders do not increase the amount of restitution ordered against the defendant.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [✓] The interest requirement is waived for the  [ ] fine  [✓] restitution

  [ ] The interest requirement for the  [ ] fine  [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

RESTITUTION PAYMENTS

Restitution of $1,200,000.00 to:

ACCIDENT FUND HOLDINGS, INC.
SANTA ANA, CA 92707
$17,335.08

AIG
SHAWNEE MISSION, KS 66225
$79,824.55

AMERICAN CLAIMS MANAGEMENT
SAN DIEGO, CA 92186
$17,196.26

BERKSHIRE HATHAWAY HOMESTATE COMPAN
SAN DIEGO, CA 92101
$32,754.36

BONNAMY & ASSOCIATES, LLC
BURBANK, CA 91502
$14,608.83

CALIFORNIA STATE COMPENSATION INSUR
SANTA ANA, CA 92705
$300,460.99

CITY OF LOS ANGELES, WORKERS' COMPE
LOS ANGELES, CA 90012
$5,440.85

CNA INSURANCE
BREA, CA 92821
$2,489.39

COUNTY OF LOS ANGELES RISK MANAGEME
LOS ANGELES, CA 90010
$17,893.12

COVENTBRIDGE GROUP
JACKSONVILLE, FL 32225
$567.23

EMPLOYERS
GLENDALE, CA 91203
$54,678.15

FARMERS INSURANCE GROUP
OLATHE, KS 66061
$23,965.40

FIREMAN'S FUND INSURANCE
RANCHO CORDOVA, CA 95670
$8,825.13

G4S COMPLIANCE & INVESTIGATIONS
RALEIGH, NC 27615
$3,451.79

G4S COMPLIANCE & INVESTIGATIONS
RALEIGH, NC 27615
$11,119.33

G4S COMPLIANCE & INVESTIGATIONS
RALEIGH, NC 27615
$2,016.40

GALLAGHER BASSETT SERVICES, INC.
ARLINGTON HEIGHTS, IL 60006-3001
$113,971.04

ICW GROUP INSURANCE COMPANY
SAN DIEGO, CA 92150-9039
$1,466.57

ICW GROUP INSURANCE COMPANY
SAN DIEGO, CA 92150-9039
$7,790.84

INTERCARE HOLDINGS INSURANCE SERVIE
ROSEVILLE, CA 95661
$22,124.86

LIBERTY MUTUAL
ROCKLIN, CA 95765
$137,817.59

PACIFIC COMPENSATION INSURANCE COMP
THOUSAND OAKS, CA 91359
$2,068.44

PATRIOT CARE MANAGEMENT, INC.
ST. LOUIS, MO 63141
$8,306.49

PATRIOT RISK SERVICE, INC.(C/O CIGA)
FORT LAUDERDALE, FL 33301
$6,754.19

REPUBLIC INDEMNITY COMPANY OF AMERI
ENCINO, CA 91416
$1,181.73

SENTRY INSURANCE COMPANY
IRVINE, CA 92606
$5,086.89

STATE FARM INSURANCE
BAKERSFIELD, CA 93311
$7,236.40

THE HARTFORD
SAN RAMON, CA 94583
$95,952.90

THE ZENITH INSURANCE
WOODLAND HILLS, CA 91367
$13,887.04

TRAVELERS
COBB, CA 95426
$92,538.03

TRISTAR INSURANCE GROUP
LONG BEACH, CA 90802
$1,229.00

YORK RISK SERVICES GROUP
DUBLIN, OH 43017
$40,561.07

ZURICH NORTH AMERICA  
ALTA LOMA, CA 91701  
$49,400.06

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [✓] Lump sum payment of $ __1,200,400.00__ due immediately, balance due

    [ ] Not later than ___, or
    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,   or [ ] F below); or

C. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.